# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JIMMY RODGERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-01305-NAD |
| CITY OF WARRIOR, | ) |
| Defendant. | ) |

## STIPULATED JUDGMENT

This case involves claims under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 et seq., alleged by Plaintiff Jimmy Rodgers against Defendant City of Warrior.  In an order entered this date, the court found that the settlement proposed by the parties represents a fair and reasonable resolution of a bona fide dispute as to FLSA coverage and approved the settlement.

Consequently, judgment is **ENTERED** in favor of Plaintiff Rodgers and against the Defendant City according to the terms in the "Joint Motion For Settlement Approval And Incorporated Settlement Agreement."  Doc. 7.  All of Rodgers' "known and unknown wage-and-hour compensation claims arising out of the facts and circumstances of this litigation, whether under local, state, or federal law, including but not limited to those claims and allegations included in this litigation" are **DISMISSED WITH PREJUDICE**.

1

The court retains jurisdiction to enforce the terms of the settlement agreement.

**DONE** and **ORDERED** this March 7, 2023.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE